JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN POWELL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS DeJOY, Postmaster General, United States Postal Service, a Federal Agency,<br><br>    Defendant. | No. 5:23-cv-00626-JGB-SP<br><br>[PROPOSED]<br><br>JUDGMENT<br><br><br>Hon. Jesus G. Bernal<br>United States District Judge |

IT IS HEREBY ORDERED, ADJUDICATED, and DECREED that judgment is entered in favor of Defendant Louis DeJoy, in his official capacity as Postmaster General and against Plaintiff Dean Powell on all causes of action.

Dated: April 24, 2024

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

   /s/ *Joseph W. Tursi*
JOSEPH W. TURSI
Assistant United States Attorney

Attorneys for Defendant Louis DeJoy, in his official capacity as Postmaster General